# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Andrew Arias, | No. CV-15-01236-PHX-GMS |
| Petitioner, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Respondents. | |

Pending before the Court are Petitioner's Motion for Authorization to Represent Petitioner in State Postconviction Proceedings, Motion to Stay Federal Proceeding and United States Magistrate Judge Michelle H. Burns's Report and Recommendation ("R&R"). Docs. 20, 23. The R&R recommends that the Court deny the Motions. Doc. 23 at 6. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6-7 (citing Fed. R. Civ. P. 72, 6(a), 6(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court will accept the R&R and deny the Motions. *See* 28 U.S.C. §

636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Burns's R&R (Doc. 23) is **accepted**.

2. Petitioner's Motion for Authorization to Represent Petitioner in State Postconviction Proceedings and Motion to Stay Federal Proceedings (Doc. 20) are **denied**.

Dated this 31st day of May, 2016.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge