IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Andrew Arias,<br><br>                Petitioner,<br><br>vs.<br><br>David Shinn, et al.,<br><br>                Respondents. | No. CV-15-01236-PHX-GMS (MHB)<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Michelle H. Burns (Doc. 65) regarding Petitioner's Motion for Relief from Judgment Under Rule 60(b) of the Federal Rules of Civil Procedure (Doc. 61). The R&R recommends that the Motion be granted. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4 (citing 28 U.S.C. § 636(b)(1). No objections were filed.

Notwithstanding the absence of an objection, the court has reviewed the R&R and finds that it is well taken. The Court will accept the R&R and grant Petitioner's Motion for Relief from Judgment Under Rule 60(b) of the Federal Rules of Civil Procedure (Doc. 61).

**IT IS HEREBY ORDERED** that Report and Recommendation of the Magistrate Judge (Doc. 65) is accepted.

**IT IS FURTHER ORDERED** granting Petitioner's Motion for Relief from Judgment Under Rule 60(b) of the Federal Rules of Civil Procedure (Doc. 61).

**IT IS FURTHER ORDERED** that Respondents may file a motion for reconsideration of the Magistrate Judge's Report and Recommendation, (Doc. 40), based solely upon the issue of whether the U.S. Supreme Court's decision in *Jones v. Mississippi*, 141 S.Ct. 1307 (2021) would affect that Report and Recommendation.

**IT IS FURTHER ORDERED** referring any motion for reconsideration filed by Respondents to U. S. Magistrate Judge Michelle H. Burns for consideration of whether to issue an amended Report and Recommendation.

Dated this 15th day of February, 2022**.**

_____
G. Murray Snow
Chief United States District Judge